NUMBER 13-09-00459-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

VIDAL JOE SANCHEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 36th District Court


of San Patricio County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza 


Memorandum Opinion Per Curiam



 Appellant, Vidal Joe Sanchez, by and through his attorney, has filed a withdrawal
of notice of appeal and request for dismissal because he no longer desires to prosecute
it. See Tex. R. App. P. 42.2(a). Without passing on the merits of the case, we grant the
motion to withdraw the appeal and dismiss the appeal pursuant to Texas Rule of Appellate
Procedure 42.2(a). Having dismissed the appeal at appellant's request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.

 

 PER CURIAM


Do not publish. 

Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this the 1st day of October, 2009.